UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Olga Martinez Torres, Linda Davis, Angel Alberio and Fernando Posso, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Airlines, Inc., the Employee Benefits Committee and John/Jane Does 1-5<br><br>Defendant. | Civil Action No.: 4:18-cv-00983-O |

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Olga Martinez Torres, Linda Davis, Angel Alberio and Fernando Posso ("Plaintiffs") file this Appendix in Support of Plaintiffs' Motion for Class Certification.

Dated:  December 2, 2019

/s/ Joe Kendall
JOE KENDALL
Texas Bar. No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
(213) 744-3000 / (214) 744-3105 (Facsimile)
jkendall@kendalllawgroup.com

**IZARD, KINDALL & RAABE LLP**
Robert A. Izard (admitted *pro hac vice*)
Seth R. Klein (admitted *pro hac vice*)
Mark P. Kindall (admitted *pro hac vice*)
Douglas P. Needham (admitted *pro hac vice*)
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292 / Fax: (860) 493-6290
Email:  rizard@ikrlaw.com
Email:  sklein@ikrlaw.com

       Email: mkindall@ikrlaw.com
       Email: dneedham@ikrlaw.com

       Gregory Y. Porter (to be admitted *pro hac vice*)
       Mark G. Boyko (to be admitted *pro hac vice*)
       **BAILEY & GLASSER LLP**
       1054 31st Street, NW, Suite 230
       Washington, DC 20007
       (202) 463-2101 / (202) 463-2103 fax
       gporter@baileyglasser.com
       mboyko@baileyglasser.com

       *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record on December 2, 2019 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

       /s/ *Joe Kendall*
       JOE KENDALL