## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| Olga Martinez Torres, Linda Davis, Angel Alberio and Fernando Posso, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Airlines, Inc., the Employee Benefits Committee and John/Jane Does 1-5<br><br>Defendant. | Civil Action No.: 4:18-cv-00983-O |

## JOINT NOTICE OF SETTLEMENT

The Parties to this litigation have reached an agreement for settlement of the case. They are finalizing the necessary paperwork and anticipate completing the process very shortly. The Parties respectfully request that the Court stay and take no action in this case prior to July 10, 2020 to give the Parties time to finalize the Settlement and procure the necessary signatures.

Respectfully submitted,

 /s/ *Joe Kendall*
Joe Kendall
Texas Bar. No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
(213) 744-3000 / (214) 744-3105 (Facsimile)
jkendall@kendalllawgroup.com

 /s/ *Lars L. Berg*
Dee J. Kelly, Jr. (S.B. # 11217250)
Lars L. Berg (S.B. # 00787072)
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Tel.: (817) 332-2500
Fax: (817) 878-9280
dee.kelly.2@kellyhart.com
lars.berg@kellyhart.com

Robert A. Izard (*pro hac vice*)
Seth R. Klein (*pro hac vice*)
Mark P. Kindall (*pro hac vice*)
Douglas P. Needham (*pro hac vice*)
**IZARD, KINDALL & RAABE LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email:  rizard@ikrlaw.com
Email:  sklein@ikrlaw.com
Email:  mkindall@ikrlaw.com
Email:  dneedham@ikrlaw.com

Gregory Y. Porter
(to be admitted *pro hac vice*)
Mark G. Boyko (to be admitted *pro hac vice*)
**BAILEY & GLASSER LLP**
1054 31st Street, NW, Suite 230
Washington, DC 20007
(202) 463-2101
(202) 463-2103 fax
gporter@baileyglasser.com
mboyko@baileyglasser.com

***Counsel for Plaintiffs***

Mark W. Robertson (*pro hac vice*)
(N.Y. Bar # 4508248)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
mrobertson@omm.com

Shannon M. Barrett (*pro hac vice*)
(D.C. Bar # 476866)
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5300
sbarrett@omm.com

Wayne Jacobsen (*pro hac vice*)
(Cal. Bar # 106824)
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel.: (949) 823-6900
Fax: (949) 823-6994
wjacobson@omm.com

***Counsel for Defendants American Airlines, Inc.
and the Employee Benefits Committee***

## **CERTIFICATE OF CONFERENCE**

In accordance with Local Rule 7.1(b), the undersigned counsel certifies that the Joint Notice of Settlement is presented jointly by all Parties.  The Motion is unopposed.

_/s/   Mark P. Kindall_____
MARK P. KINDALL

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on July 1, 2020, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

_/s/ Joe Kendall_
JOE KENDALL