IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| OLGA MARTINEZ TORRES, LINDA DAVIS, ANGEL ALBERIO, and FERNANDO POSSO, on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC., THE EMPLOYEE BENEFITS COMMITTEE, and JOHN/JANE DOES 1-5,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No.  4:18-cv-00983-O<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The parties have informed the Court that this case has settled. *See* ECF No. 83 (Joint Notice of Settlement). The parties are therefore directed to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or an agreed motion with corresponding proposed order—with the Clerk's Office no later than **July 29, 2020**. If the parties do not file the appropriate dismissal papers by this date, and further proceedings become necessary or desirable, the parties should immediately file a Joint Status Report with the Court. The December 7, 2020 trial setting and all other deadlines are hereby **vacated**. The Clerk shall close this case for administrative purposes.

  **SO ORDERED** on this **1st day** of **July, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1